## 20871. ELECTRIC CITY LUMBER COMPANY v. GLOBE & RUTGERS FIRE INSURANCE COMPANY.

STEPHENS, J. This case is controlled by the decision in *Electric City Lumber Company* v. *New York Underwriters Insurance Company*, 43 Ga. App. 355 (158 S. E. 620).

Judgment affirmed. *Jenkins, P. J., and Bell, J., concur.*

DECIDED JUNE 15, 1931.

*McCutchen & Bowden,* for plaintiff.

*Slade & Swift, Smith, Hammond, Smith & Bloodworth, H. B. Pease, J. Q. Davidson,* for defendant.